## Sunshine Laundry Company, Appellee, v. Rhodes Avenue Hospital. George J. Hinn et al., Appellants.

### Gen. No. 22,851.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. FRANK H. GRAHAM, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed June 11, 1917.

### Statement of the Case.

Garnishment proceedings by the Sunshine Laundry Company, plaintiff, against George J. Hinn, A. K. Hinn and W. E. Swanson, garnishee defendants, in the suit of the same plaintiff against Rhodes Avenue Hospital, defendant. From a judgment for plaintiff, the garnishee defendants appeal.

EUGENE STEWART, for appellants.

LOUIS ZIV, for appellee,

MR. JUSTICE HOLDOM delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Sunshine Laundry Co. v. Rhodes Ave. Hospital, 207 Ill. App. 19.

## Abstract of the. Decision.

1. CORPORATIONS, § 234*—*when articles of incorporation are admissible to show names of subscribers to corporate stock.* In a garnishee proceeding to compel the garnishee defendants to respond for the amounts unpaid upon their several subscriptions to stock in the corporation defendant in the main action, a certified copy of the articles of incorporation is admissible to show who were subscribers to the capital stock of such corporation.

2. CORPORATIONS, § 234*—*when evidence sufficient to show that garnishee defendants are stockholders of corporation and that subscriptions are unpaid.* In a proceeding to garnishee amounts alleged to be unpaid upon subscriptions to corporate stock, evidence *held* to support a finding that the garnishees were subscribers to the stock for which their subscriptions appeared upon a certified copy of the articles of incorporation received in evidence and that their subscriptions were unpaid.

3. CORPORATIONS, § 284*—*when officer may not charge unpaid salary against unpaid stock subscription.* In a proceeding to garnishee an amount claimed to be due upon a subscription to stock in the corporation defendant in the main action, a credit claimed for salary as secretary cannot be charged against such subscription where there is no proof that any salary was authorized by the board of directors.

4. GARNISHMENT, § 100*—*when no presumption indulged from garnishee's denial of liability.* No presumption will be indulged in a garnishee's denial of liability where, at the time of the trial against him, he is in default for want of an answer.

5. COSTS, § 73*—*when cost of additional abstract is properly taxed against appellant.* Where matter material to a decision of the cause is omitted from the abstract on appeal, an additional abstract filed by appellee will be taxed as costs against appellant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.